In the Matter of the Claim of HARRY GOLDSTEIN, Respondent, against MARC EIDLITZ & SON, INCORPORATED, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the New York Machinery Wrecking and Boiler Cutting Company was a purchaser of the material and not a sub-contractor. Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and McNamee, JJ., dissent on the ground that the New York Machinery Wrecking and Boiler Cutting Company was doing the work contracted to be done by the general contractor, Marc Eidlitz & Son, Incorporated, and, therefore, was a subcontractor.

In the Matter of the Claim of WILMA SCHRADER, Respondent, against VERONA OPERATING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†—Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim, with costs against the State Industrial Board, because the accident did not arise out of and in the course of the employment, and claimant was not approaching her work by a way furnished or adopted by the employer as the usual and customary one.

In the Matter of the Claim of FRED SMITH, Respondent, against HERMAN MARSCHNER, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., and McNamee, J., dissent and vote to reverse the award and to dismiss the claim, on the ground that the evidence does not indicate a *bona fide* employment, and that the claimant at the time of the injury was engaged in painting the private residence of the alleged employer.

In the Matter of the Claim of LEE LYMAN and BERT COOK, Respondents, against MILLER BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ISABELLE BURDICK, Respondent, against INTERNATIONAL RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.‡—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the decedent was engaged in foreign commerce by railroad. Hill, P. J., McNamee and Bliss, JJ., concur; Rhodes and Heffernan, JJ., dissent and vote to affirm the award on the ground that the decedent was not engaged in interstate commerce. (*Borelli* v. *International Ry. Co.*, 240 N. Y. 54; *Illinois Central R. R. Co.* v. *Behrens*, 233 U. S. 473; *Chicago, Burlington & Q. R. R. Co.* v. *Harrington*, 241 id. 177.)

In the Matter of the Claim of Mrs. LEOKADJA MOROSKI, Respondent, against WILLIAM BARNET & SON, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

* Revd., 264 N. Y. 508.    †Affd., 264 N. Y 506.    ‡ Revd., 264 N. Y. 510.